**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-7677

JAMIE TOBIAS GAITERS,

Petitioner - Appellant,

versus

RONALD ANGELONE, Director of the Virginia De-
partment of Corrections,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-99-1296-2)

Submitted:  March 9, 2000          Decided:  March 15, 2000

Before WILKINS, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jamie Tobias Gaiters, Appellant Pro Se.  Eugene Paul Murphy, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jamie Tobias Gaiters seeks to appeal the district court's order denying as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Gaiters v. Angelone, No. CA-99-1296-2 (E.D. Va. Dec. 2, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2